

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CRIMINAL NO. **2017 CF3 002733** |
| vs. | | ISSUED BY: **JULIET J MCKENNA** |
| **RICHARD O MOORE** | | |



NDNY Case No.:
1:18-mJ-253-DJS

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States
*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
(  ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

BASIS FOR WARRANT AND DESCRIPTION OF CHARGES: Failure to Appear for Probation Show Cause Hearing

**Destruction of Property less than $1000**

---

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

A TRUE COPY
TEST: 5/1/18
Clerk, ___ of the
___

By ___

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 4/27/2018.

BAIL FIXED BY THE COURT
AT: **$6,677.00 CASH BOND**

Superior Court of the District of Columbia
BY: _____
Judge

---

| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
|---|---|
| Date Executed: | Signature of Arresting Officer |



CRIMINAL NO: <u>2017 CF3 002733</u>

### 18 USCS § 3041 (2012)

"For any offense against the United States, the offender may, by any justice or judge of the United States, or by any United States magistrate [United States magistrate judge], or by any chancellor, judge of a supreme or superior court, chief or first judge of common pleas, mayor of a city, justice of the peace, or other magistrate, of any state where the offender may be found, and at the expense of the United States, be arrested and imprisoned, or released as provided in chapter 207 of this title, as the case may be, for trial before such court of the United States as by law has cognizance of the offense."

### D.C. Code § 23-563(a) (2012)

"A warrant or summons for ... an offense punishable by imprisonment for more than one year issued by the Superior Court of the District of Columbia may be served at any place within the jurisdiction of the United States."

### D.C. Code § 23-563(c) (2012)

"A person arrested outside the District of Columbia on a warrant issued by the Superior Court of the District of Columbia shall be taken before a judge, commissioner, or magistrate, and held to answer in the Superior Court pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia."

### D.C. Code § 23-1329(b) (2012)

"A warrant for the arrest of a person charged with violating a condition of release may be issued by a judicial officer and if such person is outside the District of Columbia he shall be brought before a judicial officer in the district where he is arrested and shall then be transferred to the District of Columbia for proceedings in accordance with this section."

### D.C. Code § 23-1329(d) (2012)

"Any warrant issued by a judge of the Superior Court for violation of release conditions or for contempt of court, for failure to appear as required, or pursuant to §23-1322(d)(7), may be executed at any place within the jurisdiction of the United States. Such warrants shall be executed by a United States marshal or by any other officer authorized by law."

### D.C. Code § 24-531.13 (2012)

"When a person has been ordered confined in a hospital for the mentally ill pursuant to this chapter and has escaped from such hospital, the court which ordered confinement shall, upon request of the government, order the return of the escaped person to such hospital. The return order shall be effective throughout the United States. Any federal judicial officer within whose jurisdiction the escaped person shall be found shall, upon receipt of the return order issued by the committing court, cause such person to be apprehended and delivered up for return to such hospital."

### D.C. Code § 24-304 (2012)

Upon the expiration of the term fixed for such probation, the probation officer shall report that fact to the court, with a statement of the conduct of the probationer while on probation, and the court may thereupon discharge the probationer from further supervision, or may extend the probation, as shall seem advisable. At any time during the probationary term the court may modify the terms and conditions of the order of probation, or may terminate such probation, when in the opinion of the court the ends of justice shall require, and when the probation is so terminated the court shall enter an order discharging the probationer from serving the imposed penalty; or the court may revoke the order of probation and cause the re-arrest of the probationer and impose a sentence and require him to serve the sentence or pay the fine originally imposed, or both, as the case may be, or any lesser sentence. If imposition of sentence was suspended, the court may impose any sentence which might have been imposed. If probation is revoked, the time of probation shall not be taken into account to diminish the time for which he was originally sentenced.

| REASON FOR ISSUANCE OF WARRANT | IN VIOLATION OF |
|---|---|
| Failure to Appear Generally | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Witness | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Sentencing | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Extradition Hearing | D.C. Code § 23-703 (2012) |
| Violation of Conditions of Release | D.C. Code § 23-1329 (2012) |
| Escape from Jail | D.C. Code § 22-2601 (2012) |
| Escape from Mental Hospital | D.C. Code § 24-531.13 (2012) |
| Probation Violation | D.C. Code § 24-304 (2012) |

CDFBW

CASE NO.     2017 CF3 002733

DEFENDANT'S NAME: **RICHARD O MOORE**

ALIAS:     RICHARD ORLANDO MOORE

LAST KNOWN ADDRESS:     445 MAIN STREET 244
POUGHKEEPSIE NY 12601

PLACE OF BIRTH:

DATE OF BIRTH:     02/16/1993

HEIGHT:     599

SEX:     Male

HAIR:     Black

SCARS/TATTOOS:

WEIGHT:     210

DCDC NO.:

PDID NO.:     720419

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
Vs.

**RICHARD O MOORE**
DOB: 02/16/1993

JUDGMENT IN A CRIMINAL CASE
(Probation)

Case No. **2017 CF3 002733**
PDID: **720419**
DCDC No:

**THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:**

| Count | Court Finding | |
|---|---|---|
| 1 | Found Guilty - Plea | Destruction of Property less than $1000 |

## SENTENCE OF THE COURT

**Count 1: Destruction of Property less than $1000** Sentenced to 90 day(s) incarceration, execution of sentence suspended as to all, *Unsupervised Probation for 5 year(s), $6,777.00 restitution, $50.00 VVCA, VVCA Due Date 05/01/2022

Defendant is hereby ordered placed on probation - See-Page 2 of this Order for Conditions of Probation; *upon release from either the courtroom or incarceration, Defendant must report to 300 Indiana Avenue, NW, Room 2070, Washington, DC, by the next business day after release from jail or prison.*

Total costs in the aggregate amount of $ __50.00__ have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid. ☐ Appeal Rights Given ☐ Gun Offender Registry Order Issued
☐ Sex Offender Registration Notice Given ☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition
☑ In addition to any condition of probation, restitution is made part of the sentence and judgment pursuant to D.C. Code § 16-711.

__6/1/2017__
Date

Entered by Clerk pursuant to Criminal Rule 32(f)

__6/1/2017__
Date

**JULIET J MCKENNA**
Judge

**Svetlana Polonchuk**
Deputy Clerk

Judgment Page 2 of 2

CASE NUMBER: 2017 CF3 002733
DEFENDANT: RICHARD O MOORE

The Defendant is hereby placed on *Unsupervised Probation for a term of 5 year(s).

## GENERAL CONDITIONS OF PROBATION

1. Obey all laws, ordinances, and regulations.
2. Report to CSOSA today and then for all appointments scheduled by your Community Supervision Officer (CSO).
3. Permit your CSO to visit your place of residence.
4. Notify your CSO within one business day of (A) an arrest or questioning by a law enforcement officer, (B) a change in your residence, or (C) a change in your employment.
5. Obtain the permission of your CSO before you relocate from the District of Columbia.
6. Do not illegally possess or use a controlled substance or any paraphernalia related to such substances (you may take lawfully prescribed medication). You must not frequent a place where you know a controlled substance is illegally used or distributed.
7. You must drug test at the discretion of CSOSA. In the event of illicit drug use or other violation of conditions of probation, participate as directed by your CSO in a program of graduated sanctions that may include periods of residential placement or services.
8. Participate in and complete CSOSA's employment/academic program, if directed by your CSO.
9. Participate in and complete other CSOSA's programs as identified through CSOSA's risk and needs assessment.
10. Satisfy all court imposed financial obligation(s) (fines, restitution, Victim of Violent Crime Act assessments, etc.) to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by your CSO. A payment plan will be established by your CSO so that you will be in a position to pay your court imposed financial obligation(s) within 90 days prior to the termination of your probation.

## SPECIAL CONDITIONS OF PROBATION

1. Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your CSO.
2. Restitution of $ 6,777.00 in monthly installments of $ 100/month beginning 7/11/17
   ☐ The Court will distribute monies to: _____

3. ☐ You are to stay away from the person(s) and or address(es) listed below: _____

   ☐ You are to stay away from the following places or area (s): _____

You are not to have contact with any of the persons named above. You must remain at least 100 yards away from them, their home, and/or their places of employment. You are not to communicate, or attempt to communicate with any of these persons, either directly or through any other person, by telephone, written message, electronic message, pager, or otherwise, except through your lawyer.

4. Other Special Conditions:

CDJCPROB.doc

# SUPERIOR COURT
## OF THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 2017-CF3-2733 |
| v. | HON. JULIET MCKENNA |
| RICHARD MOORE | |

## INFORMATION

On or about February 15, 2017, within the District of Columbia, Richard Moore maliciously did injure, break and destroy certain property, that is, a glass window, 32 inch color television, lamp, and dry wall, property of the Grand Hyatt Hotel, causing some loss in value. (Destroying Property, in violation of 22 D.C. Code Section 303 (2001 ed.))

Respectfully,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

By: /s/ Jocelyn Bond
Jocelyn Bond
Assistant U.S. Attorney

